# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

FAMILY WORSHIP CENTER
CHURCH, INC., ON ITS OWN
BEHALF AND DERIVATIVELY ON
BEHALF OF HEALTH SCIENCE
PARK, LLC

VERSUS

GARY N. SOLOMON, STEPHEN H.
JONES, TERRY D. JONES, AND
HEALTH SCIENCE PARK, LLC

NO.   2019 CW 1006

**JUNE 11, 2020**

---

In Re:    Family Worship Center Church, Inc., applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 537353.

---

**BEFORE: McCLENDON, HIGGINBOTHAM, HOLDRIDGE, PENZATO, AND LANIER, JJ.**

**STAY DENIED; WRIT DENIED.**

PMc
TMH
GH
AHP
WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT